# NO. 12-13-00206-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN THE INTEREST OF* | § | *APPEAL FROM THE 273RD* |
| *A.S. AND H.S.,* | § | *JUDICIAL DISTRICT COURT* |
| *CHILDREN* | § | *SAN AUGUSTINE COUNTY, TEXAS* |

### *MEMORANDUM OPINION*
### *PER CURIAM*

Appellant has filed a motion to dismiss this appeal.  In his motion, Appellant states that he no longer wishes to pursue the appeal.  Because Appellant has met the requirements of Texas Rule of Appellate Procedure 42.1(a)(1), the motion is ***granted***, and the appeal is ***dismissed***.

Opinion delivered July 24, 2013.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**JULY 24, 2013**

## NO. 12-13-00206-CV

### IN THE INTEREST OF A.S. AND H.S., CHILDREN

Appeal from the 273rd Judicial District Court
of San Augustine County, Texas (Tr.Ct.No. CV-12-93790

THIS CAUSE came on to be heard on the motion of the Appellant to dismiss the appeal herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion be **granted** and the appeal be **dismissed**, and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*